585 A.2d 374
STATE OF NEW JERSEY v. STEVEN GOLDENBAUM.

September 18, 1990.

Petition for certification denied.

585 A.2d 375
STATE OF NEW JERSEY v. BENI McDONALD.

September 18, 1990.

Petition for certification denied.

585 A.2d 375
STATE OF NEW JERSEY v. CARMELO ORTIZ.

September 18, 1990.

Petition for certification denied.

585 A.2d 375
STATE OF NEW JERSEY v. R.K.

September 18, 1990.

Petition for certification denied.

585 A.2d 375
STATE OF NEW JERSEY v. LAWRENCE BARLOW.

September 18, 1990.

Petition for certification denied.